JS-6

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | RAY GEBAUER                                ) | **CASE NO.** SA CV 11-1255-DOC(ANx) |
| 11 | **Plaintiff(s),**                          ) | |
| 12 | v.                                         ) | ORDER DISMISSING CIVIL ACTION |
| 13 |                                            ) | |
| 14 | MANNATECH INC., ET AL.                      ) | |
| 15 | **Defendant(s).**                          ) | |
| 16 |                                            ) | |
| 17 | _____ ) | |

18      The Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution  on

19  December 8, 2011.  Plaintiff was ordered to show cause in writing no later than December 22, 2011,

20  why this action should not be dismissed.  Plaintiff has failed to file any response to the Order to

21  Show Cause.

22

23      IT IS ORDERED that this action is hereby dismissed without prejudice for lack of

24  prosecution.

25

26  DATED: December 29, 2011            *David O. Carter*

27                                              DAVID O. CARTER
                                                United States District Judge
28