JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GEBAUER | CASE NO. SA CV 11-1255-DOC(ANx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION |
| v. | |
| MANNATECH INC., ET AL. | |
| Defendant(s). | |

The Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution on December 8, 2011. Plaintiff was ordered to show cause in writing no later than December 22, 2011, why this action should not be dismissed. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 29, 2011

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge